| | |
|---|---|
| *Trustee's Name, Address, Phone, Fax, Email:*<br>David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI  96812-4379<br>Phone:  (808) 222-3133<br>Fax:     (866) 559-2922<br>Email:  farmerd001@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>CICO ENTERPRISE LTD. | Case No.: 07-00637 FJR<br><br>Chapter 7 |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

| | |
|---|---|
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ 33.71 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 12 | Maui Chemical & Paper Products Inc.<br>c/o Paul L. Horikawa, Esq.<br>Ing Horikawa & Jorgensen<br>2145 Wells Street, Ste. 204<br>Wailuku, HI 96793 | $ 1.22 |
| 13 | Bunzl Distribution California, LLC<br>General Counsel<br>Bunzal Distribution USA Inc.<br>701 Emerson Road, Ste. 500<br>St. Louis, MO 63141 | $18.23 |
| 22 | GLOBALPAK, INC.<br>99-1410D KOAHA PLACE<br>AIEA HI 96701 | $12.16 |
| 25 | COAST TO COAST COMPUTER<br>P. O. BOX 2418<br>NORTH HILLS CA 91393 | $   .63 |
| 35 | DELTA PLUMBING, INC<br>94-1175 KA UKA BLVD. BAY3<br>WAIPAHU HI 96797 | $ 1.47 |

| | |
|---|---|
| Dated: September 10, 2009 | /s/ David C. Farmer<br>         Trustee |

hib_3011ntc        2/2007            [ECF:  Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]